UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ALLISON SHIPES**, ET AL,

      Plaintiffs,

vs.

      Case No: 2:10-cv-14943
      Hon. Victoria A. Roberts

**AMURCON CORPORATION,**

      Defendant.

_____/

**ORDER FOR APPROVAL OF FLSA SETTLEMENT
AND DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE**

This matter is before the Court on the parties' Joint Motion For Approval of Settlement and dismissal of claims with prejudice (Dkt. 138);

Having reviewed the Motion and considered the parties' settlement agreement, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Joint Motion for Approval of Settlement and dismissal of plaintiffs' claims with prejudice is GRANTED;

IT IS FURTHER ORDERED that the settlement of Plaintiffs' FLSA claims, as well as any other claims asserted in this action, is a fair and reasonable resolution of *bona fide* disputes and is approved;

IT IS FURTHER ORDERED that Plaintiffs' claims are DISMISSED with prejudice and without additional costs or attorney fees to either party;

SO ORDERED:


Date: October 23, 2013        S/Victoria A. Roberts
                                            Hon. Victoria A. Roberts
                                            United States District Court Judge

Stipulated to:

/s *Jesse L. Young*
Jason J. Thompson (P47184)
Jesse L. Young (P72614)
Sommers Schwartz, P.C.
Attorneys for Plaintiffs
One Towne Square, Suite 1700
Southfield, MI  48076
248-355-0300
jthompson@sommerspc.com
jyoung@sommerspc.com

s/ *James F. Hermon*
Samuel C. Damren (P25522)
James F. Hermon (P53765)
Alexandra J. Wolfe (P75581)
Attorneys for Defendant
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI  48243
Telephone:  (313) 568-6800
sdamren@dykema.com
jhermon@dykema.com
awolfe@dykema.com

Date:  October 16, 2013